THE PEOPLE OF THE STATE OF NEW YORK ex rel. CLARK HENRY CORPORATION, Respondent, *v.* HENRY M. GOLDFOGLE et al., as Commissioners of Taxes and Assessments of the City of New York, Appellants.

(Argued November 18, 1929; decided December 3, 1929.)

*Arthur J. W. Hilly, Corporation Counsel* (*William H. King, Patrick A. Bolger* and *John D. Lyons* of counsel), for appellants.

*Lewis M. Isaacs* for respondent.

Order affirmed, with costs; no opinion.

Concur: POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ. Not sitting: CARDOZO, Ch. J.